Terry E. COOK, Plaintiff—Appellant,

v.

Ellen BLAIR, Dr., Defendant—Appellee,

and

Arthur F. Beeler; Medical Staff, FMC Butner, Defendants.

No. 03–6534.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 5, 2003.

Decided Nov. 20, 2003.

Terry E. Cook, pro se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terry E. Cook appeals the district court's order denying relief on his action filed under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the

district court. *See Cook v. Blair*, No. CA–02–609–5–BO (E.D.N.C. Mar. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*